

# IN THE
# TENTH COURT OF APPEALS

---

**No. 10-20-00049-CR**
**No. 10-20-00050-CR**
**No. 10-20-00051-CR**

# IN RE JOHNTETHON D. SMITH

---

**Original Proceedings**

---

## MEMORANDUM OPINION

---

Relator's petitions for writ of mandamus are denied.

JOHN E. NEILL
Justice

Before Chief Justice Gray,
     Justice Davis, and
     Justice Neill
Petitions denied
Opinion delivered and filed March 11, 2020
Do not publish
[OT06]

